189 So. 917

**Rosalee BALL v. STATE.**

**6 Div. 426.**

Court of Appeals of Alabama.
May 2, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

179 So. 925

**A. W. BANKS v. STATE.**

**8 Div. 654.**

Court of Appeals of Alabama.
Feb. 8, 1938.

SAMFORD, Judge.
Affirmed.

176 So. 919

**Sam BARKER, Sr., v. STATE.**

**4 Div. 368.**

Court of Appeals of Alabama.
Nov. 9, 1937.

RICE, Judge.
Affirmed.

177 So. 917

**Sam BARKER, Jr., v. STATE.**

**4 Div. 369.**

Court of Appeals of Alabama.
Nov. 16, 1937.

BRICKEN, Presiding Judge.
Affirmed.

189 So. 917

**Emory BARNETT v. STATE.**

**6 Div. 427.**

Court of Appeals of Alabama.
May 2, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

178 So. 921

**O. C. BARNETT v. STATE.**

**8 Div. 567.**

Court of Appeals of Alabama.
Feb. 1, 1938.

BRICKEN, Presiding Judge.
Appeal dismissed.